

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BUILDER SERVICES GROUP, INC., )
a/b/a GALE CONRACTOR SERVICES, )
)
Plaintiff, )
)
v. ) CASE NO. CV418-160
)
FOSTER INSULATION AND PRODUCTS )
LLC, and RICHARD L. QUARLES JR., )
)
Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." Under this rule, parties are also permitted to dismiss a defendant from an action without dismissing the entire case. Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004). In their motion, Plaintiff Builder Services Group Inc. and Defendant Foster Insulation and Products, LLC ("Foster") have agreed to dismiss Defendant Foster from this action.[1] Because all parties who have appeared in the case have agreed, the parties' motion (Doc. 27) is **GRANTED**. As requested

---

[1] Defendant Richard Quarles has not yet appeared in this action. Accordingly, the parties do not need his consent to dismiss Defendant Foster.

by the parties, Defendant Foster is **DISMISSED WITH PREJUDICE** from this action. The Clerk is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 30th day of October 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA