```
IN THE UNITED STATES DISTRICT COURT FOR
   THE SOUTHERN DISTRICT OF GEORGIA
           SAVANNAH DIVISION
```

BUILDER SERVICES GROUP, INC. )
d/b/a GALE CONTRACTOR )
SERVICES, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-160
 )
RICHARD L. QUARLES, JR., )
 )
    Defendant. )
 )

## O R D E R

Before the Court is Plaintiff Builder Services Group, Inc. d/b/a Gale Contractor Services' ("BSG") Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 6.) Defendant Richard L. Quarles, Jr. has not responded. The Court ordered Plaintiff BSG to show cause as to whether its Motion for Temporary Restraining Order and Preliminary Injunction should be dismissed as moot. (Doc. 39.) In response to the Court's show cause order, Plaintiff BSG conceded "that its motion for injunctive relief in this case ('Quarles I') has been rendered functionally moot by this Court's entry of default judgment" against Defendant Quarles in Plaintiff BSG's second action against Defendant Quarles (CV419-056, Doc. 33). (Doc. 40.) As a result, Plaintiff BSG's Motion for

Temporary Restraining Order and Preliminary Injunction is **DISMISSED AS MOOT.**

SO ORDERED this 26th day of November 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA