IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BUILDER SERVICES GROUP, INC.
d/b/a GALE CONTRACTOR
SERVICES,

    Plaintiff,

v.

RICHARD L. QUARLES, JR.,

    Defendant.

CASE NO. CV418-160

## O R D E R

Before the Court is Plaintiff Builder Services Group, Inc. d/b/a/ Gale Contractor Services' ("BSG") Motion to Strike. (Doc. 38.) In the motion, Plaintiff requests, pursuant to Federal Rule of Civil Procedure 12(f), the Court strike Defendant Richard L. Quarles, Jr.'s answer as non-responsive. (Id.) Defendant Quarles has not responded to Plaintiff's motion. For the following reasons, Plaintiff BSG's Motion to Strike (Doc. 38) is **GRANTED**.

Rule 12(f) allows the Court to "strike from a pleading an insufficient defense . . . ." Fed. R. Civ. P. 12(f). Additionally, under Rule 8(b), in responding to a complaint, a defendant must admit an allegation, deny an allegation, or explain that the defendant is without sufficient knowledge to admit or deny an allegation. Fed. R. Civ. P. 8(a). Here, Defendant Quarles' answer (Doc. 37) fails to sufficiently respond to Plaintiff BSG's

complaint. Defendant Quarles' answer merely states "NOT GUILTY" four times. (Id.) The answer also fails specify which allegations it is responding to with "NOT GUILTY." (Id.) The Court warned Defendant Quarles that "his pro se status is no excuse to avoid this action or the rules of the Court." (Doc. 35.) Furthermore, the Court ordered Defendant Quarles to file a responsive pleading to Plaintiff BSG's complaint. (Id.) Defendant Quarles has failed to follow the Court's instructions and, therefore, Plaintiff BSG's Motion to Strike (Doc. 38) is **GRANTED**. Plaintiff BSG is put on notice that it must follow the rules of this Court to receive an entry of default against Defendant Quarles.

SO ORDERED this 26th day of November 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA