IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BUILDER SERVICES GROUP, INC. )
a/b/a GALE CONTRACTOR )
SERVICES, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-160
 )
RICHARD L. QUARLES, JR., )
 )
    Defendant. )
 )

O R D E R

Before the Court is Plaintiff Builder Services Group, Inc.'s Notice of Dismissal Without Prejudice. (Doc. 43.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, this action is **DIMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA